FILED'10 MAY 14 17:12USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CRYSTIN RARIN BAS QUALLS,

      Petitioner,                  Civ. No. 09-329-CL

    v.                              **OPINION AND ORDER**

RICK COURSEY,

      Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation ("R and R") [#31], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner and respondent both filed objections to the R & R. (Respectively [#35] and [#36].) Accordingly, I have reviewed the file of this case de novo. See 28 U.S.C. § 636(b)(1)(c);

1 - ORDER

<u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the R & R is correct.

For the reasons stated in the R & R, petitioner's objection regarding procedurally defaulted claims petitioner requested his PCR attorney raise before the Oregon Court of Appeals and the Oregon Supreme Court is meritless.

Petitioner's objection that the denial of a certificate of appealability is premature is foreclosed by Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts. ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant.")

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#31) is adopted. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is DENIED as to the dismissed claims. <u>See</u> 28 U.S.C. § 2253(2). Respondent is granted 30 days to submit arguments on the merits of petitioner's remaining claim.

IT IS SO ORDERED.

DATED this ___ day of May, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER